In the Matter of GEORGE BECKER, Appellant, against ERNEST E. COLE, as Commissioner of Education of the State of New York, et al., Respondents.

Submitted March 16, 1942; decided April 16, 1942.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for motion.

*A. Mark Levien* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that no substantial constitutional question is involved.